1  Justin Fok, Esq., CSBN: 242272
   Law Offices of Jean D. Chen

2  2107 N. First Street, Suite 300
   San Jose, CA 95131

3  Telephone: (408) 437-1788
   Facsimile:  (408) 437-9788

4  Email: jfok@jclawoffice.com

5

6  Attorney for Plaintiff
   Yiming Li

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                    COMPLAINT

11

12 Yiming Li,                          )  Case No.
                                       )
13           Plaintiff,                )
                                       )  C07  03936  PVT
14      v.                             )
                                       )  **PLAINTIFF'S ORIGINAL COMPLAINT**
15 **Alberto Gonzales**, United States Attorney  )  **FOR WRIT IN THE NATURE OF**
   General, U.S. Department of Justice;  )  **MANDAMUS & DECLARATORY**
16 **Michael Chertoff**, Secretary of the  )  **JUDGMENT UNDER 28 U.S.C. § 1361**
   Department of Homeland Security;    )
17 **Emilio T. Gonzalez**, Director of United States )
   Citizenship and Immigration Services;  )  **Immigration Case**
18 **Robert S. Mueller III**, Director of the Federal )
   Bureau of Investigation,            )
19                                     )
                                       )
20           Defendants.               )
                                       )
21                                     )
   ────────────────────────────────────)

22

23

24      Plaintiff, Yiming Li, by and through his attorney of record, opens this lawsuit against the

25 Defendants and will show this Court the following:

26 1.    Plaintiff, Yiming Li, brings this case to compel action on the delayed processing of his I-

27 485, *Application to Register Permanent Residence or Adjust Status*.  This application remains

28 within the jurisdiction of the Defendants who have improperly delayed and withheld action on

Case No.                              1
Complaint

1  this application to Plaintiff's detriment.

2                                  **PARTIES**

3  2.      Plaintiff, Yiming Li, is the primary applicant of an I-485, *Application to Register*

4  *Permanent Residence or Adjust Status* ("I-485"), filed with United States Citizenship and

5  Immigration Services ("USCIS").

6  3.      Defendant, Alberto Gonzales, is the Attorney General of the United States, and this

7  action is brought against him in his official capacity.  He is authorized to adjust to permanent

8  resident status certain aliens who have been admitted to the United States, and is further

9  authorized to delegate such powers to other government officials. Defendant Gonzales is also the

10  head of the Department of Justice, which is the department responsible for the FBI and the

11  National Name Check Program.

12  4.      Defendant, Michael Chertoff, is the Secretary of the Department of Homeland Security

13  ("DHS"), and this action is brought against him in his official capacity.  Defendant Chertoff is

14  generally charged with enforcement of the Immigration and Nationality Act and its related

15  regulations, which provide for the processing of adjustment of status applications.

16  5.      Defendant, Emilio T. Gonzalez, is the Director of USCIS, and this action is brought

17  against him in his official capacity.  USCIS is an agency within the DHS to which DHS'

18  authority has, in part, been delegated. Defendant Gonzalez is generally charged with the overall

19  administration of immigration benefits and services, including adjustment of status.

20  6.      Defendant, Robert S. Mueller, III, is Director of the Federal Bureau of Investigation

21  ("FBI"), and this action is brought against him in his official capacity.  Defendant Mueller has

22  yet to complete the security clearance ("Name Check") on Plaintiff's I-485 case.

23                                **JURISDICTION**

24  7.      Jurisdiction in this case is proper under 28 U.S.C. §§ 1331 and 1361, 5 U.S.C. §§ 551, *et*

25  *seq.* and 701, *et seq.*, and 28 U.S.C. § 2201 *et seq.*  Relief is requested pursuant to said statutes.

26  Additionally, attorney fees and costs will be sought pursuant to the Equal Access to Justice Act,

27  28 U.S.C. § 2412(d) and 5 U.S.C. § 504 *et seq.*

28

Case No.                                    2
Complaint

**VENUE**

8.      Venue is proper in this honorable Court, pursuant to 28 U.S.C. §1391(e), in that Plaintiff may request a hearing on the matter in the district where Plaintiff resides.

**INTRADISTRICT ASSIGNMENT**

9.      This lawsuit should be assigned to the San Jose Division of this court because a substantial part of the event or omission which give rise to this lawsuit occurred in Santa Clara County.

**EXHAUSTION OF REMEDIES**

10.     Plaintiff has exhausted his administrative remedies. Plaintiff has supplied the USCIS and the FBI with documents that clearly establish his eligibility to register as a permanent resident, and as will be demonstrated by the evidence, has followed up with numerous inquiries and requests to the pertinent administrative agencies attempting to expedite his delayed application.

**CAUSE OF ACTION**

11.     Plaintiff properly filed an I-485, *Application to Register Permanent Residence or Adjust Status* with the USCIS on February 2, 2005. (**EXHIBIT 1**). (Application was subsequently transferred to the Nebraska Service Center on March 7, 2007. *See also* **EXHIBIT 1**)

12.     On March 19, 2005, Plaintiff submitted his fingerprints at the USCIS San Jose Application Support Center. (**EXHIBIT 2**)

13.     On February 21, 2006, Plaintiff contacted the USCIS office to inquire about his application. The USCIS responded and Plaintiff was told that his application was delayed due to a pending FBI Name Check. (**EXHIBIT 3**)

14.     On October 12, 2006, Plaintiff submitted his fingerprints once again at the USCIS San Jose Application Support Center. (**EXHIBIT 4**)

15.     On November 20, 2006, Plaintiff, through his attorney, contacted the California Service Center about the stalled I-485 application. Officer Bueno responded on November 27, 2006, and informed Plaintiff that his application would be adjudicated if not for a pending FBI name check. (**EXHIBIT 5**)

16.     Plaintiff contacted Senator Barbara Boxer requesting assistance for his pending I-485

1  application. Senator Boxer's office contacted the FBI in regard to this request. On April 10, 2007,

2  Michael A. Cannon, Section Chief of the National Name Check Program indicated that

3  Plaintiff's application was still pending. **(EXHIBIT 6)**

4  17.     Plaintiff contacted Senator Dianne Feinstein and requested her office make an inquiry to

5  the Federal Bureau of Investigation on his behalf. Morgan Galli, a constituent services

6  representative, responded on May 25, 2007, and informed Plaintiff that his FBI name check has

7  been pending since February 15, 2005. **(EXHIBIT 7)**

8  18.     Plaintiff attended an Infopass appointment at the USCIS San Jose sub-office on July 23,

9  2007, to inquire into the status of his case.  Plaintiff was told that his I-485 application was still

10  pending due to the FBI Name Check **(EXHIBIT 8)**.

11  19.     It has been nearly 2 ½ years since Plaintiff filed his I-485 with USCIS on February 2,

12  2005.

13  20.     Although the role of Defendants is pivotal to the security of the United States of America,

14  the Defendants' actions have gone well beyond the expected 11 month processing time for the

15  adjudication of an I-485 Application (See Nebraska Service Center processing dates for I-485

16  cases posted July 16, 2007 **(EXHIBIT 9)**.

17  21.     Defendants have failed to adhere to their own processing times and procedures.

18  22.     Defendants have sufficient information to complete adjudication of Plaintiff's I-485

19  application.

20  23.     Plaintiff has been greatly damaged by the failure of Defendants to act in accordance with

21  their duties under the law.  Specifically:

22              (a)  Plaintiff has been unable to obtain legal permanent residence and thus cannot

23                    travel or work without restriction.  He must spend additional time and pay

24                    additional filing fees each year in order to work and travel legally.

25              (b)  Plaintiff is unable to accrue time to be eligible for naturalization as a citizen of

26                    the United States, thus delaying his obtainment of the rights and privileges

27                    enjoyed by citizens of the United States.

28  24.     Defendants, in violation of the Administrative Procedures Act at 5 U.S.C. § 706(1), are

Case No.                                        4
Complaint

1  unlawfully withholding action on Plaintiff's application, and have unreasonably delayed action
2  on Plaintiff's case.

3  25.     Defendants, in violation of the Administrative Procedures Act at 5 U.S.C. § 555(b), are
4  unlawfully delaying action on Plaintiff's application and have failed to complete the adjudicative
5  functions delegated to them by law within a reasonable time.

**PRAYER**

7  26.     WHEREFORE, in view of the arguments and authority noted herein, Plaintiff
8  respectfully prays that the Defendants be cited to appear herein and that, upon due consideration,
9  the Court enter an order:

10          (a) requiring USCIS to immediately submit an Expedite Request to the FBI for expedited
11              processing of Plaintiff's FBI Name Check;
12          (b) requiring USCIS to complete adjudication of Plaintiff's I-485 Application within 60
13              days of receiving the Court's Order;
14          (c) awarding reasonable attorney's fees pursuant to the Equal Access to Justice Act; and
15          (d) granting such other relief at law and in equity as justice may require.

21  Dated:  7/31/07

Respectfully Submitted,

Justin Fok, CSBN: 242272
Attorney for Plaintiff

Case No.
Complaint                               5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT LIST**

Exhibit 1:    Plaintiff's receipt notice for I-485 dated February 2, 2005 and Transfer Notice for I-485 dated March 7, 2007

Exhibit 2:    Fingerprint Appointment Notice and Biometric Processing Stamp dated March 19, 2005

Exhibit 3:    Correspondence with USCIS dated March 18, 2006

Exhibit 4:    Fingerprint Appointment Notice and Biometric Processing Stamp dated October 12, 2006

Exhibit 5:    Plaintiff's correspondence with the California Service Center dated November 20, 2006

Exhibit 6:    Plaintiff's correspondence with Senator Barbara Boxer's office dated April 10, 2007

Exhibit 7:    Plaintiff's correspondence with Senator Dianne Feinstein's office and National Name Check Section Chief Michael A. Cannon

Exhibit 8:    Plaintiff's Infopass Appointment dated July 23, 2007

Exhibit 9:    USCIS Nebraska Service Center Service Center Processing Date Posted July 16, 2007

Case No.
Complaint

6

# Exhibit 1

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER WAC-05-086-52197 | | CASE TYPE I485    APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE February 2, 2005 | PRIORITY DATE | APPLICANT  A98 449 656 LI, YIMING |
| NOTICE DATE February 4, 2005 | PAGE 1 of 1 | |

| | |
|---|---|
| C SHUSTERMAN<br>LAW OFFICES OF CARL SHUSTERMAN<br>RE: YIMING LI<br>624 S GRAND AVE 1608<br>LOS ANGELES CA 90017 | **Notice Type:** Receipt Notice<br><br>Amount received: $  385.00<br><br>Section: Other basis for adjustment |

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at **uscis.gov**.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change.  If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service.  Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available.  Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States.  Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending.  If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Form I-797C (Rev. 08/31/04) N

Department of Homeland Security
U.S. Citizenship and Immigration Services
Case 5:07-cv-03936-PVT    Document 1    Filed 07/31/2007    Page 9 of 30

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I485   APPLICATION TO ADJUST TO PERMANENT |
|---|---|---|
| WAC-05-086-52197 | | RESIDENT STATUS |
| RECEIPT DATE | PRIORITY DATE | APPLICANT   A098 449 656 |
| February 4, 2005 | | LI, YIMING |
| NOTICE DATE | PAGE | |
| March 7, 2007 | 1 of 1 | |

YIMING LI

CUPERTINO CA 95014

**Notice Type:**   Transfer Notice

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS office for processing:

　　　Nebraska Service Center, P.O. BOX 82521, Lincoln, NE 68501-2521

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via the USCIS home webpage **http://www.uscis.gov/graphics/index.htm,** to locate the processing dates for the specific service center that your case was transferred to.  If the service center is within processing time for your particular application or petition, USCIS cannot provide an update on your case.  If the service center is outside of processing time for your particular application or petition, please call Customer Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium Processing application or petition:

Please contact the Premium Processing phone number at 1-866-315-5718 for inquiries.  The 15-day Premium Processing clock does not start until the correct office receives the application or petition.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



# Exhibit 2

## THE UNITED STATES OF AMERICA

# Fingerprint Notification

| | | NOTICE DATE |
|---|---|---|
| CASE TYPE I485 Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | 02/17/2005 |
| APPLICATION NUMBER WAC0508652197 | CODE 3 | SERVICE CENTER WSC | USCIS A# A098449656 |

| | PAGE |
|---|---|
| | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

YIMING LI

SUNNYVALE, CA 94087

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your Biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.
**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED
BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS SAN JOSE 122 CHARCOT AVE. SAN JOSE, CA 95131 | 03/19/2005 8:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE AND ANY RECEIPT NOTICES ASSOCIATED WITH YOUR APPLICATION.**
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available:    ☐ Wednesday afternoon    ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

USCIS SAN JOSE

122 CHARCOT AVE.

SAN JOSE, CA 95131

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICATION NUMBER
WAC0508652197

BIOMETRICS PROCESSING STAMP

ASC SITE CODE

BIOMETRICS QA REVIEW BY

APPLICANT COPY

### WARNING!

TENPRINTS QA REVIEW BY

ON    19 2005

ON    19 2005

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint
worksheet should accompany you.*

Form I-797C (Rev. 08/31/04) N

**Exhibit 3**



**U.S. Department of Homeland Security**
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111

## U.S. Citizenship and Immigration Services

Saturday, March 18, 2006

YIMING LI
▮▮▮▮▮▮▮▮▮▮
CUPERTINO CA 95014

Dear YIMING LI:

On 02/21/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | NAJFABADI, ELAHE |
| **Caller indicated they are:** | An attorney |
| **Attorney Name:** | ELAHE NAJFABADI |
| **Case type:** | I485 |
| **Filing date:** | 02/04/2005 |
| **Receipt #:** | WAC-05-086-52197 |
| **Beneficiary (if you filed for someone else):** | LI, YIMING |
| **Your USCIS Account Number (A-number):** | A098449656 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 03-18-2006 02:17 PM EST - WAC-05-086-52197

**Exhibit 4**

## THE UNITED STATES OF AMERICA

| ASC Appointment Notice | | APPLICATION NUMBER<br>WAC0508652197 | | NOTICE DATE<br>9/19/2006 |
|---|---|---|---|---|
| CASE TYPE<br>I485 Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | | USCIS A#<br>A098449656 | CODE<br>1 |
| | TCR | | SERVICE CENTER<br>WSC | PAGE<br>1 of 1 |

YIMING LI

CUPERTINO, CA 95014

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS SAN JOSE | 10/12/2006 |
| 122 CHARCOT AVE. | 10:00 AM |
| SAN JOSE, CA 95131 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:    ☐ Wednesday afternoon        ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the orginal with your request to USCIS SAN JOSE, 122 CHARCOT AVE., SAN JOSE, CA 95131

APPLICATION NUMBER 1

I485    -    WAC0508652197

If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797C (Rev. 01/31/05) N

**Exhibit 5**

**Subject:** FW: (I-485) WAC-05-086-52197
**From:** "Ann Powell" <APowell@shusterman.com>
**Date:** Tue, 28 Nov 2006 12:12:00 -0800
**To:** "Yiming Li" <███████████m>

Please see the response from the CIS regarding our inquiry on your I-485 applications.

Sincerely,
Ann Powell
Legal Assistant to Elahe Najfabadi
Law Offices of Carl Shusterman
600 Wilshire Blvd., Suite 1550
Los Angeles, CA  90017
Phone: (213) 623-4592 x111
Fax: (213) 623-3720
E-mail: apowell@shusterman.com
Website: www.shusterman.com
**********************************************

Important: All foreign nationals (permanent residents and children included)
must report address changes to INS by completing Form AR-11 and sending it to
INS. The form can be obtained from the INS web site at http://www.uscis.gov/portal/site/uscis and click
on immigration forms.
*************************************************************

---

**From:** CSC XII 485
**Sent:** Monday, November 27, 2006 1:10 PM
**To:** Ann Powell
**Subject:** RE: (I-485) WAC-05-086-52197

**The Principal applicant's I-485 is still pending FBI name check clearance. Once the file has been cleared by FBI, all the riding applicants and principal will be adjudicated. The Service has NO control over how long it takes FBI to clear the case.**

Officer Bueno
Division 12
California Service Center

---

**From:** Ann Powell
**Sent:** Monday, November 20, 2006 6:16 PM
**To:** 485, Csc-XII
**Cc:** Ellie Najfabadi
**Subject:** (I-485) WAC-05-086-52197

On February 2, 2005, we filed I-485 applications for the following principal applicant and his dependent spouse.

We called the (800) number on June 17, 2005, August 29, 2005 and February 21, 2006.  We also sent an inquiry via e-mail on June 14, 2006 on these same applications.  To date, his case has not yet been adjudicated. Fingerprint check has been completed.  According to the CIS website, CSC is currently working on I-485 applications filed May 2, 2006.  This case is far beyond the JIT timeframe.

Principal Applicant: **Yiming LI**
Alien Number: A98 449 656
Receipt Number: WAC-05-086-52197

Dependent Spouse: **Fang LIN**
Alien Number: A98 449 657
Receipt Number: WAC-05-086-52155

Please update us on the status of these cases.  Your assistance is most appreciated.  Thank you.

Sincerely,
Ann Powell
Legal Assistant to Elahe Najfabadi
Law Offices of Carl Shusterman
600 Wilshire Blvd., Suite 1550
Los Angeles, CA  90017
Phone: (213) 623-4592 x111
Fax: (213) 623-3720
E-mail: apowell@shusterman.com
Website: www.shusterman.com

**Exhibit 6**

BARBARA BOXER
CALIFORNIA

COMMITTEES:
COMMERCE, SCIENCE,
AND TRANSPORTATION
ENVIRONMENT
AND PUBLIC WORKS
FOREIGN RELATIONS

# United States Senate

HART SENATE OFFICE BUILDING
SUITE 112
WASHINGTON, DC 20510–0505
(202) 224–3553
http://boxer.senate.gov/contact

April 11, 2007

Mr. Yiming Li
███████████
Cupertino, California 95014

Dear Mr. Li:

Enclosed, please find the correspondence Constituent Representative Lucia Macias received from the Federal Bureau of Investigation regarding an inquiry that was made on your behalf.

I hope that this information is of assistance.  Thank you for allowing me to address your concerns.

Sincerely,

Barbara Boxer
United States Senator

BB: lcm

1700 MONTGOMERY STREET
SUITE 240
SAN FRANCISCO, CA  94111
(415) 403–0100

312 NORTH SPRING STREET
SUITE 1748
LOS ANGELES, CA 90012
(213) 894–5000

501 'I' STREET
SUITE 7–600
SACRAMENTO, CA 95814
(916) 448–2787

2500 TULARE STREET
SUITE 5290
FRESNO, CA 93721
(559) 497–5109

600 'B' STREET
SUITE 2240
SAN DIEGO, CA 92101
(619) 239–3884

201 NORTH 'E' STREET
SUITE 210
SAN BERNARDINO, CA 92401
(909) 888–8525

PRINTED ON RECYCLED PAPER

**Macias, Lucia (Boxer)**

| | |
|---|---|
| **From:** | |
| **Sent:** | Tuesday, April 10, 2007 3:14 PM |
| **To:** | Macias, Lucia (Boxer) |
| **Subject:** | Name Check Request |

Ms. Macias:

I am responding to your facsimile dated January 25, 2007, concerning the name check status of Yiming Li for immigration purposes.

A review of the Federal Bureau of Investigation's (FBI's) Name Check Program database concerning Mr. Li revealed that the request was received from the United States Citizenship and Immigration Services (USCIS)on February 15, 2005, and is still pending.

While an exact date for completion of this review for those cases that are pending cannot be given, please be assured that the results will be made available to the immigration authorities as expeditiously as possible. The FBI is sensitive to the impact of the delays in processing name check requests. At the same time, the consequences of the FBI's mission on homeland security require that our name check process be primarily focused on accurate and thorough results. This means that there are instances when the FBI's review of a name check request must require as much time as needed to obtain an unequivocally correct result.

I trust this information will assist you in responding to your constituent. Should you have further questions, please refer to the FBI's internet site, www.fbi.gov.

Sincerely,

Michael A. Cannon

Section Chief

National Name Check Program

Records Management Division

Federal Bureau of Investigation

1

# Exhibit 7

DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND
ADMINISTRATION—CHAIRMAN
SELECT COMMITTEE ON INTELLIGENCE

# 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔖𝔢𝔫𝔞𝔱𝔢

WASHINGTON, DC 20510–0504

http://feinstein.senate.gov

May 25, 2007

Mr. Yiming Li

██████████████

Cupertino, California 95014

Dear Mr. Li:

The Federal Bureau of Investigation has told me that your name check has been pending since 2/15/05. The FBI requests that our office wait ninety days before making a follow up inquiry.

I hope that this information is helpful and that it will clarify the situation for you. If you have further questions, or if there is any way the Senator's office can help you in the future on other federal matters, I hope you will contact us again.

Sincerely,

Morgan Galli
Constituent Services Representative

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485–7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914–7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231–9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393–0707

**Exhibit 8**



**Name:** **Yiming Li**
**Appointment Type:** **Question about case**
**Confirmation No.:** **SNJ-07-19716**      **Authentication Code:** **176aa**
**Appointment Date:** **July 23, 2007**
**Appointment Time:** **9:30 AM**
**Location:** **1887 MONTEREY ROAD, San Jose, CA 95112; LOBBY**

## This is your Confirmation Number:



# If you wish to cancel this appointment, you will need the following Personal Identification Number:
### *86741*

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order that we may serve you more efficiently, we recommend that you bring all applicable immigration forms, letters, receipts and supporting documents. If translations are used, they should be certified. Please bring the original documents as well.**
- **NOTE: Cell phones that have camera features are not permitted in the building. Food and drinks are not permitted in the waiting room. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leaving such items at home or with a person who will remain outside the building.**

# Exhibit 9

# Exhibit 9



Home   Contact Us   Site Map   FAQ

Search [GO]

Advanced Search

Services & Benefits      Immigration Forms      Laws & Regulations      About USCIS      Education & Resources      Press Room

Print This Page      Back

# U.S. Citizenship and Immigration Services
# Nebraska Service Center Service Center Processing Dates
# Posted July 16, 2007

**Notice**:  U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications.  In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received.  However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time.  It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments.  Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time.  For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed.  It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting.  Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

## What if I have a problem or have questions about a case?

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections.  They are the time to complete processing and mail the actual notice

and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

Service Center Processing Dates for **Nebraska Service Center** Posted July 16, 2007

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|---|---|---|---|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | November 06, 2006 |
| I-90 | Application to Replace Permanent Resident Card | 10-year renewal | October 08, 2005 |
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | January 13, 2007 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | March 22, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | June 30, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | June 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | June 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | May 15, 2006 |
| I-131 | Application for Travel Document | Permanent resident applying for a re-entry permit | March 06, 2007 |
| I-131 | Application for Travel Document | Refugee or aslyee applying for a refugee travel document | March 06, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) principal applying for advance parole | March 26, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) dependent applying for advance | October 14, 2006 |

7/30/2007 11:49 AM

| | | parole | |
|---|---|---|---|
| I-131 | Application for Travel Document | All other applicants for advance parole | March 26, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | October 03, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | December 11, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | September 07, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | September 18, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | September 14, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | August 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | October 06, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | October 20, 2006 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | January 13, 2007 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | January 13, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | August 20, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | February 01, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on refugee admission more than 1 year ago | August 01, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Haitian Refugee Immigrant Fairness Act (HRIFA) | January 13, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Indochinese Adjustment Act | January 13, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | April 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | April 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | April 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | April 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | April 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | April 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | April 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | April 04, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | December 15, 2006 |

| I-730 | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | July 20, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | November 12, 2006 |
| I-765 | Application for Employment Authorization | Based on an approved asylum application [(a)(5)] | June 16, 2007 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | April 28, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | June 16, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | March 26, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | April 27, 2007 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | January 13, 2007 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | November 29, 2006 |

Print This Page    Back

Home    Contact Us    Privacy Policy    Website Policies    NoFEAR    Freedom Of Information Act    FirstGov

U.S. Department of Homeland Security