ORIGINAL

Justin Fok, Esq., CSBN: 242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile: (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Yiming Li

FILED
2007 JUL 31 P 3: 52
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Yiming Li**

      Plaintiff,

  v.

**Alberto Gonzales**, United States Attorney General, U.S. Department of Justice;
**Michael Chertoff**, Secretary of the Department of Homeland Security;
**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services;
**Robert S. Mueller III**, Director of the Federal Bureau of Investigation

      Defendants.

Case No.

C07 03936 PVT

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Immigration Case

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

///

///

///

Case No.                                                                 1
Certification of Interested Entities or Persons

1
2  Dated: 7/31/07                                  Respectfully Submitted,
3
4                                                  _____
                                                   Justin Fok, CSBN: 242272
5                                                  Attorney for Plaintiff
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.                                    2
Certification of Interested Entities or Persons