# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Yiming Li

**SUMMONS IN A CIVIL CASE**

E-FILING

CASE NUMBER:

V.

Alberto Gonzales, United States Attorney General, U.S. Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Robert S. Mueller, Director of Federal Bureau of Investigation

C07 03936 PVT 

TO: (Name and address of defendant)

Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Richard W. Wieking_
Richard W. Wieking
CLERK

DATE JUL 3 1 2007

_Gordana Macic_
**GORDANA MACIC**
(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Yiming Li

E-FILING

v.

Alberto Gonzales, United States Attorney General, U.S. Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Robert S. Mueller, Director of Federal Bureau of Investigation

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C07 03936 PVT

TO: (Name and address of defendant)

Michael Chertoff
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE JUL 31 2007

GORDANA MACIC
(BY) DEPUTY CLERK

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

Yiming Li

E-FILING

SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

Alberto Gonzales, United States Attorney General, U.S. Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Robert S. Mueller, Director of Federal Bureau of Investigation

C07 03936 PVT

TO: (Name and address of defendant)

Emilio T. Gonzalez
Director
United States Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE JUL 3 1 2007

GORDANA MACIC
(BY) DEPUTY CLERK

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

Yiming Li

E-FILING

SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

Alberto Gonzales, United States Attorney General, U.S. Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Robert S. Mueller, Director of Federal Bureau of Investigation

C 07   03936 PVT

TO: (Name and address of defendant)

Robert S. Mueller, III
Director of Fedeal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, DC 20536-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Richard W. Wieking*
Richard W. Wieking
CLERK

DATE JUL 31 2007

GORDANA MACIC
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 08/02/2007 |

| Name of SERVER | | TITLE | |
|---|---|---|---|
| Reid M. Davis | | | Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other *(specify):*

Certified mail with return receipt

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | U.S.P.S. | $ 42.27 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   08/02/2007
                    Date

Signature of Server   Law Offices of Jean D. Chen
2107 N. First Street, Suite 300
San Jose, CA 95131

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am an employee of the Law Offices of Jean D. Chen and my business address is:

2107 N. First St., Suite 300, San Jose CA, 95131

On __08/02/07__ I served:

1) **Summons in a Civil Action;**
2) **Plaintiff's Original Complaint for Writ in the Nature of Mandamus and Declaratory Judgment under 28 U.S.C. § 1361;**
3) **Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull; Standing Order Regarding Case Management in Civil Cases; Contents of Joint Case Management Statement; Notice of Assignment of Case to a United States Magistrate Judge; Consent to Proceed Before a United States Magistrate Judge; Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge; ECF Registration Information Handout;**

on the persons or entities named below, for the case Li v. Gonzales (C 07-03936 PVT) by placing said documents in an envelope, which was then sealed, with postage fully paid and addressed as follows:

Alberto Gonzales (By certified mail with return receipt)
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Michael Chertoff (By certified mail with return receipt)
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

Emilio T. Gonzalez (By certified mail with return receipt)
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536

Robert S. Mueller, III (By certified mail with return receipt)
Director of the FBI
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW

Proof of Service: C 07-03936 (PVT)   1
Li v. Gonzales, et al.

1  Washington, DC 20536-0001

2  Office of the General Counsel (By certified mail with return receipt)
3  U.S. Department of Homeland Security
   Washington, DC 20528

4

5  Civil Process Clerk (By certified mail with return receipt)
   United States Attorney's Office
6  450 Golden Gate Avenue
   11th Floor
7  San Francisco, CA 94102

8

9  Date of mailing: 08/02/07  Place of mailing: San Jose, California.

10 I declare under penalty of perjury under the laws of the United States of America that the

11 forgoing is true and correct.

12

13 Executed this 08/02/07 at San Jose, California

14

15

16                                              Reid Davis

Proof of Service: C 07-03936 (PVT)    2
Li v. Gonzales, et al.