SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| YIMING LI, <br><br> Plaintiff, <br><br> v. <br><br> PETER D. KEISLER,* Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services; ROBERT S. MUELLER, Director of the Federal Bureau of Investigation, <br><br> Defendants. | No. C 07-3936 PVT <br><br> ANSWER TO COMPLAINT |

    Defendants Michael Chertoff and Emilio T. Gonzalez hereby submit their answer to Plaintiff's Complaint for Writ in the Nature of Mandamus and Declaratory Judgment under 28 U.S.C. § 1361.

    1. Defendants deny the allegations in Paragraph One.

**PARTIES**

    2. Defendants admit the allegations in Paragraph Two.

    3. Defendants deny the allegations in Paragraph Three.

---

Pursuant to Fed. R. Civ. P. 25(d)(1), Peter D. Keisler is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

ANSWER
C 07-3936 PVT

1      4. Defendants admit the allegations in Paragraph Four.

2      5. Defendants admit the allegations in Paragraph Five.

3      6. Defendants admit the allegations in Paragraph Six.

**JURISDICTION**

    7. Paragraph Seven consists of plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny that this Court has jurisdiction under any of the provisions cited in Paragraph Seven.

**VENUE**

    8. Paragraph Eight consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required. Defendants aver that unless specifically provided by law, aliens have no residence in the Untied States for venue purposes. To the extent a response is required, Defendants deny that venue is proper in this district.

**INTRADISTRICT ASSIGNMENT**

    9. Defendants deny the allegations in Paragraph Nine.

**EXHAUSTION OF REMEDIES**

    10. Defendants deny the allegations in Paragraph Ten.

**CAUSE OF ACTION**

    11. Defendants admit the allegations in Paragraph Eleven.

    12. Defendants admit the allegations in Paragraph Twelve.

    13. Defendants are without sufficient information to admit or deny the allegations in Paragraph Thirteen, and on that basis, deny them.

    14. Defendants admit the allegations in Paragraph Fourteen.

    15. Defendants are without sufficient information to admit or deny the allegations in Paragraph Fifteen, and on that basis, deny them.

    16. Defendants are without sufficient information to admit or deny the allegations in Paragraph Sixteen, and on that basis, deny them.

    17. Defendants are without sufficient information to admit or deny the allegations in

1  Paragraph Seventeen, and on that basis, deny them.

2      18.  Defendants are without sufficient information to admit or deny the allegations in
3  Paragraph Eighteen, and on that basis, deny them.

4      19.  Defendants admit the allegations in Paragraph Nineteen.

5      20.  Defendants deny the allegations in Paragraph Twenty.

6      21.  Defendants deny the allegations in Paragraph Twenty-One.

7      22.  Defendants deny the allegations in Paragraph Twenty-Two.

8      23.  Defendants deny the allegations in Paragraph Twenty-Three.

9      24.  Defendants deny the allegations in Paragraph Twenty-Four.

10     25.  Defendants deny the allegations in Paragraph Twenty-Five.

11 **PRAYER FOR RELIEF**

12     26.  Paragraph Twenty-Six consists of plaintiff's prayer for relief, to which no admission or
13 denial is required; to the extent a responsive pleading is deemed to be required, defendants deny
14 these paragraphs.

15 **AFFIRMATIVE AND/OR OTHER DEFENSES**

16 All allegations not here before specifically admitted, denied, or modified are hereby denied.
17 For further and separate answer, Defendants allege as follows:

18 FIRST DEFENSE

19 The Court lacks jurisdiction over the subject matter of this action

20 SECOND DEFENSE

21 The Complaint fails to state a claim against the Defendants upon which relief can be granted.

22 THIRD DEFENSE

23 No acts or omissions by the United Stats or its employees were the proximate cause of any
24 injury or damages to the Plaintiff.

25 FOURTH DEFENSE

26 At all times alleged in the complaint, Defendants were acting with good faith, with
27 justification, and pursuant to authority.

28 ///

ANSWER
C 07-3936 PVT     3

### FIFTH DEFENSE

The Defendants are processing the application referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: October 2, 2007               Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

　　　　　　/s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants