| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC 9990)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | MELANIE L. PROCTOR (CSBN 228971)<br>Melanie.Proctor@usdoj.gov |
| 4 | Assistant United States Attorney |

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| YIMING LI, | ) | No. C 07-3936 PVT |
|     Plaintiff, | ) | |
|     v. | ) | |
| PETER D. KEISLER,* Attorney General of the United States; et al, | ) | CONSENT TO MAGISTRATE JURISDICTION |
|     Defendants. | ) | |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: October 2, 2007                                    Respectfully submitted,

                                                                  SCOTT N. SCHOOLS
                                                                  United States Attorney


                                                                    /S/     
                                                                  MELANIE L. PROCTOR
                                                                  Assistant United States Attorney

---

Pursuant to Fed. R. Civ. P. 25(d)(1), Peter D. Keisler is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

CONSENT TO MAGISTRATE
C 07-3936 PVT