1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN JOSE DIVISION
11

12 YIMING LI,                              )   No. C 07-3936 PVT
                                           )
13           Plaintiff,                    )
                                           )
14       v.                                )
                                           )   STIPULATION EXTEND DATE OF CASE
15 PETER D. KEISLER,* Attorney General of  )   MANAGEMENT CONFERENCE AND
   the United States; et al,               )   HEARING ON DEFENDANTS' MOTION
16                                         )   TO DISMISS; [PROPOSED] ORDER
             Defendants.                   )
17 _____ )

18     The above captioned case is currently scheduled for a hearing on Defendants Keisler and

19 Mueller's Motion to Dismiss and the Case Management Conference on November 6, 2007, at 10:00

20 a.m. and 2:00 p.m., respectively. Defendants' counsel is scheduled to appear before the Ninth

21 Circuit Court of Appeals on November 7, 2007, on another matter.

22 ///

23 ///

24 ///

25 ///

26 ///

27

28 Pursuant to Fed. R. Civ. P. 25(d)(1), Peter D. Keisler is substituted for his predecessor, Alberto
   Gonzales, as the United States Attorney General.
   STIPULATION TO EXTEND
   C 07-3936 PVT

Accordingly, the parties hereby stipulate, subject to approval of the Court, extend the date of the hearing on Defendants' Motion and the Case Management Conference to November 13, 2007, at 10:00 a.m.

Dated: October 5, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/S/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: October 5, 2007

_____/S/_____
JUSTIN FOK
Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties, the hearing on Defendants' Motion and the Case Management Conference, scheduled for November 6, 2007 at 10:00 a.m. and 2:00 p.m., are hereby rescheduled to **November 13, 2007**, at **10:00 a.m**. IT IS SO ORDERED.

Dated:

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO EXTEND
C 07-3936 PVT                            2