SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| YIMING LI, | ) | No. C 07-3936 PVT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION EXTEND DATE OF CASE |
| PETER D. KEISLER,* Attorney General of | ) | MANAGEMENT CONFERENCE AND |
| the United States; et al, | ) | HEARING ON DEFENDANTS' MOTION |
| | ) | TO DISMISS; [PROPOSED] ORDER |
| Defendants. | ) | |
| | ) | |

The above captioned case is currently scheduled for a hearing on Defendants Keisler and

Mueller's Motion to Dismiss and the Case Management Conference on November 6, 2007, at 10:00

a.m. and 2:00 p.m., respectively. Defendants' counsel is scheduled to appear before the Ninth

Circuit Court of Appeals on November 7, 2007, on another matter.

///

///

///

///

///

Pursuant to Fed. R. Civ. P. 25(d)(1), Peter D. Keisler is substituted for his predecessor, Alberto
Gonzales, as the United States Attorney General.

STIPULATION TO EXTEND
C 07-3936 PVT

1    Accordingly, the parties hereby stipulate, subject to approval of the Court, extend the date

2   of the hearing on Defendants' Motion and the Case Management Conference to November 13, 2007,

3   at 10:00 a.m.

4   Dated: October 5, 2007                                    Respectfully submitted,

5                                                             SCOTT N. SCHOOLS
                                                              United States Attorney
6

7                                                             _____/S/_____
                                                              MELANIE L. PROCTOR[1]
8                                                             Assistant United States Attorney
                                                              Attorneys for Defendants
9

10                                                            _____/S/_____
    Dated: October 5, 2007                                    JUSTIN FOK
11                                                            Attorney for Plaintiff

12
                                    **ORDER**
13
           Pursuant to the stipulation of the parties, the hearing on Defendants' Motion and the Case
14
    Management Conference, scheduled for November 6, 2007 at 10:00 a.m. and 2:00 p.m., are hereby
15
    rescheduled to **November 13, 2007**, at **10:00 a.m**.  IT IS SO ORDERED.
16
    Dated:    October 9, 2007
17                                                            _____
18                                                            PATRICIA V. TRUMBULL
                                                              United States Magistrate Judge
19

20

21

22

23

24

25

26

27
    _____

28      [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
    signatures indicated by a "conformed" signature (/S/) within this efiled document.

    STIPULATION TO EXTEND
    C 07-3936 PVT                            2