```
1  Justin Fok, Esq., CA Bar: 242272
   Law Offices of Jean D. Chen
2  2107 N. First Street, Suite 400
   San Jose, CA 95131
3  Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5
6  Attorney for Plaintiffs
   Yiming Li
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Yiming Li,** | ) Case No. 07-3936 PVT |
| Plaintiff, | ) |
| v. | ) |
| | ) **NOTICE OF CHANGE OF ADDRESS** |
| **Alberto Gonzales**, United States Attorney General, United States Department of Justice; **Michael Chertoff**, Secretary, Department of Homeland Security; **Emilio T. Gonzalez**, Director, United States Citizenship and Immigration Services; **Robert S. Mueller III**, Director, Federal Bureau of Investigation | ) |
| Defendants. | ) |

<u>NOTICE OF CHANGE OF ADDRESS</u>

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT Justin G. Fok has changed his address.

Current Contact Information:

---

Case No. 07-3936 PVT                                    1
Notice of Change of Address

1  Justin G. Fok
2  Law Offices of Jean D. Chen
   2107 N. First Street, Suite 400
3  San Jose, CA 95131
4
5
   Dated: October 17, 2007                                   Respectfully Submitted,
6
7
                                                         _____/s/_____
8                                                        Justin Fok, CA Bar: 242272
                                                         Attorney for Plaintiff
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28