1  Justin Fok, Esq., CA State Bar #242272
   Law Offices of Jean D. Chen
2  2107 N. First Street, Suite 300
3  San Jose, CA 95131
   Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5

6  Attorney for Plaintiffs
   Jin Wu and Chang Zhang
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **Jin Wu and Chang Zhang,** | Case No. C 07-3118 JF |
| Plaintiff, | **PARTIES JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |
| v. | |
| **Alberto Gonzales**, United States Attorney General, U.S. Department of Justice; **Michael Chertoff**, Secretary of the Department of Homeland Security; **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services; | |
| Defendants. | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them. Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiffs' request that this

Parties' Joint Request for Exemption          1
C 07-3118 JF

Court compel defendants to adjudicate the application for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

                                              Respectfully Submitted,

Dated: September 28, 2007                  _____/s/_____
                                              Justin G. Fok
                                              Attorney for Plaintiff

Dated: September 28, 2007                  ____/s/_____
                                              Edward A. Olsen
                                              Assistant United States Attorney
                                              Attorney for Defendants

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:                                                             _____
                                                            JEREMY FOGEL
                                                            United States District Judge

Parties' Joint Request for Exemption         2
C 07-3118 JF