Justin Fok, Esq., CA State Bar #242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Yiming Li

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **Yiming Li,** <br><br> Plaintiff, <br><br> v. <br><br> **Alberto Gonzales**, United States Attorney General, U.S. Department of Justice; **Michael Chertoff**, Secretary of the Department of Homeland Security; **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services; **Robert S. Mueller III,** Director of the Federal Bureau of Investigation, <br><br> Defendants. | Case No. C 07-3936 PVT <br><br> **PARTIES JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case

Parties' Joint Request for Exemption              1
C 07-3936 PVT

might benefit from any of them. Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate the application for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Respectfully Submitted,

Dated: October 15, 2007              _____/s/_____
                                     Justin G. Fok
                                     Attorney for Plaintiff


Dated: October 15, 2007              _____/s/_____
                                     Melanie L. Proctor
                                     Assistant United States Attorney
                                     Attorney for Defendants


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:                                _____
                                     Patricia V. Trumbull
                                     United States Magistrate Judge

Parties' Joint Request for Exemption            2
C 07-3936 PVT