1  Justin Fok, Esq., CA State Bar #242272
   Law Offices of Jean D. Chen
2  2107 N. First Street, Suite 400
3  San Jose, CA 95131
   Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5
6  Attorney for Plaintiff
   Yiming Li
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN JOSE DIVISION**

11 **Yiming Li,**                      ) Case No. C 07-3936 PVT
                                       )
12                                     )
                 Plaintiff,             ) **PARTIES JOINT REQUEST TO BE**
13                                     ) **EXEMPT FROM FORMAL ADR**
          v.                            ) **PROCESS**
14                                     )
   **Alberto Gonzales**, United States Attorney )
15 General, U.S. Department of Justice;  )
   **Michael Chertoff**, Secretary of the )
16 Department of Homeland Security;       )
17 **Emilio T. Gonzalez**, Director of United States )
   Citizenship and Immigration Services;   )
18 **Robert S. Mueller III,** Director of the Federal )
   Bureau of Investigation,               )
19                                     )
20                                     )
                 Defendants.            )
21                                     )
                                       )
22                                     )
                                       )
23 _____)

24

25       Each of the undersigned certifies that he or she has read either the handbook entitled

26 "Dispute Resolution Procedures in the Northern District of California," or the specified portions

27 of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

28 resolution options provided by the court and private entities, and considered whether this case

Parties' Joint Request for Exemption         1
C 07-3936 PVT

might benefit from any of them. Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate the application for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Respectfully Submitted,

Dated: October 15, 2007

_____/s/_____
Justin G. Fok
Attorney for Plaintiff

Dated: October 15, 2007

_____/s/_____
Melanie L. Proctor
Assistant United States Attorney
Attorney for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    October 29, 2007

_____
Patricia V. Trumbull
United States Magistrate Judge

Parties' Joint Request for Exemption           2
C 07-3936 PVT