SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| YIMING LI, | ) | No. C 07-3936 PVT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION TO DISMISS |
| PETER D. KEISLER,* Attorney General of | ) | DEFENDANTS KEISLER AND |
| the United States; et al, | ) | MUELLER |
| | ) | |
| Defendants. | ) | |

///
///
///
///
///
///
///
///
///

Pursuant to Fed. R. Civ. P. 25(d)(1), Peter D. Keisler is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

STIPULATION
C 07-3936 PVT

The parties hereby stipulate to dismiss Defendants Peter D. Keisler and Robert S. Mueller from the Complaint. Defendants Keisler and Mueller withdraw their motion to dismiss.

Dated: October 29, 2007                                  Respectfully submitted,

                                                         SCOTT N. SCHOOLS
                                                         United States Attorney


                                                         _____/S/_____
                                                         MELANIE L. PROCTOR[1]
                                                         Assistant United States Attorney
                                                         Attorneys for Defendants


                                                         _____/s/_____
Dated: October 29, 2007                                  JUSTIN FOK
                                                         Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties, Defendants Keisler and Mueller are hereby DISMISSED from the Complaint. The November 13, 2007 hearing on Defendants Keisler and Mueller's Motion to Dismiss is hereby VACATED.   IT IS SO ORDERED.

Dated:

                                                         _____
                                                         PATRICIA V. TRUMBULL
                                                         United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.