1  Justin Fok, Esq., CSB#242272
Law Offices of Jean D. Chen
2  2107 N. 1st Street, Suite 400
San Jose, CA 95131
3  Telephone: (408) 437-1788
4  Facsimile: (408) 437-9788
Email: jfok@jclawoffice.com
5

6  Attorney for Plaintiff
Yiming Li
7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN JOSE DIVISION**

11

12  **Yiming Li**                                ) Case No. C 07-3936 PVT
                                                 )
13            Plaintiff,                         )
                                                 )
14         v.                                    )
                                                 )  **JOINT CASE MANAGEMENT
15  **Peter D. Keisler,**[1] Acting United States )  STATEMENT; AND [PROPOSED]
Attorney General, U.S. Department of Justice; )  ORDER**
16  **Michael Chertoff**, Secretary of the       )
Department of Homeland Security;              )
17  **Emilio T. Gonzalez**, Director of United States )
Citizenship and Immigration Services;        )
18  **Robert S. Mueller III**, Director of the Federal )
Bureau of Investigation,                     )
19                                               )
                                                 )
20            Defendants.                        )
                                                 )
21  _____)

22

23  **1. Jurisdiction and Service**

24  The basis asserted by Plaintiff for this Court's jurisdiction is 28 U.S.C. § 1361, 28 U.S.C. §

25  1331, and 5 U.S.C. §§ 551, 702.  The parties do not dispute that venue is proper in this district.

26  No issues exist regarding personal jurisdiction or venue, and no parties remain to be served.

27  **2.  Facts**

28  _____

[1]Peter D. Keisler is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

Case No. C 07-3936 PVT                          1
JOINT CASE MANAGEMENT STATEMENT; AND [PROPOSED] ORDER

1   Plaintiff is a native of China who applied to adjust his status to lawful permanent residence with

2   the United States Citizenship and Immigration Services (USCIS) on February 2, 2005.  The

3   USCIS has yet to adjudicate Plaintiff's I-485 application.  The plaintiff filed an action, through

4   counsel, on July 31, 2007, seeking an order from this Court directing USCIS to adjudicate his I-

5   485 application.

6   **3. Legal Issues**

7   1. Whether this Court should dismiss the plaintiff's action for failure to state a claim and for lack

8   of subject matter jurisdiction.

9   2. Whether the delay in the adjudication of Plaintiff's I-485 application is unreasonable.

10   **4. Motions**

11   On October 12, 2007, Defendants filed a motion to dismiss Peter D. Keisler and Robert S.

12   Mueller from this action.  On October 29, 2007, the parties filed a stipulation to dismiss

13   Defendants Keisler and Mueller, and requested that the motion to dismiss hearing scheduled for

14   November 13, 2007, be vacated.

15   **5. Amendment of Pleadings**

16   No parties, claims or defenses are expected to be added or dismissed.

17   **6. Evidence Preservation**

18   The parties do not have any evidence that falls within this category.

19   **7. Disclosures**

20   The parties believe that review will be confined to the administrative record and thus the

21   disclosure requirements of Fed. R. Civ. P. 26 do not apply.

22   **8. Discovery**

23   The parties do not intend to take any discovery in this case.

24   **9. Class Actions**

25   N/A

26   **10. Related Cases**

27   The parties are not aware of any related case or cases.

28   **11. Relief**

Case No. C 07-3936 PVT                          2
JOINT CASE MANAGEMENT STATEMENT; AND [PROPOSED] ORDER

1  The plaintiff asks this Court to direct the USCIS to adjudicate his I-485 application within 60

2  days of receiving the Court's order.

3  **12. Settlements and ADR**

4  On October 25, 2007, the parties filed a request to be excused from the formal ADR process for

5  this case.

6  **13.  Consent to Magistrate Judge for All Purposes**

7  The parties have already consented to proceed before a Magistrate Judge.

8  **14.  Other References**

9  The parties do not believe that this case is suitable for reference to binding arbitration, a special

10  master, or the Judicial Panel on Multidistrict Litigation.

11  **15.  Narrowing of Issues**

12  The parties do not believe that the issues can be narrowed by agreement or by motion, and do not

13  have suggestions to expedite the presentation of evidence at trial, and any request to bifurcate

14  issues, claims or defenses.

15  **16.  Expedited Schedule**

16  The parties believe this case can be resolved on cross-motions for summary judgment.

17  **17.  Scheduling**

18  The parties will notice and move for summary judgment with the following proposed due dates:

19          Parties' cross-motions for summary judgment:                December 4, 2007

20          Parties' opposition motions:                                December 18, 2007

21  The Parties respectfully request that the Court take this matter under submission based on the

22  above motions and that no summary judgment hearing be held for this case. Should the Court

23  deem that a hearing is necessary, the parties propose a summary judgment hearing date of

24  January 8, 2007.

25  **18.  Trial**

26  The parties do not anticipate the need for a trial in this case.

27  **19.  Disclosure of Non-Party Interested Entities or Persons**

28  The Plaintiff has filed the "Certification of Interested Entities or Persons" required by Civil

Case No. C 07-3936 PVT                    3
JOINT CASE MANAGEMENT STATEMENT; AND [PROPOSED] ORDER

1   Local Rule 3-16.

2   **20.  Such other matters as may facilitate the just, speedy and inexpensive disposition of this**

3   **matter**

4   None.

5

6   Dated:  October  29, 2007                                   _____/s/_____
                                                                Justin G. Fok
7                                                               Law Offices of Jean D. Chen
                                                                Attorney for Plaintiff
8

9

10

11

12  Dated:  October 29, 2007                                   _____/s/_____
                                                                Melanie L. Proctor
13                                                              Assistant United States Attorney
                                                                Attorney for Defendants
14

15

16

17

18

19

20                                          **ORDER**

21

22       The Case Management Statement and Proposed Order are hereby adopted as the Case

23   Management Order for the case and the parties are hereby ordered to comply with this order.

24

25

26

27  Dated: _____                      _____
                                                 PATRICIA V. TRUMBULL
28                                               United States Magistrate Judge

Case No. C 07-3936 PVT                    4
JOINT CASE MANAGEMENT STATEMENT; AND [PROPOSED] ORDER