**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

YIMING LI,                                                              C 07-03936 PVT

    *Plaintiff(s),*

                                            **CLERK'S NOTICE RESCHEDULING THE TIME OF CASE MANAGEMENT**

**vs.**                                                                 **CONFERENCE**

PETER D. KEISLER, ET AL.,

    *Defendant(s).*

---

Please take notice that the time on the Case Management Conference scheduled for November 13, 2007 at 10:00 a.m. **has been Rescheduled to November 13, 2007 at 2:00 p.m.** before Magistrate Patricia V. Trumbull.  Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: October 30, 2007

/s/ Corinne Lew
Corinne Lew
DEPUTY CLERK