1 | SCOTT N. SCHOOLS (SC 9990)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
4 | Assistant United States Attorney

5 |    450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
6 |    Telephone: (415) 436-6730
   FAX: (415) 436-6927
7 |
Attorneys for Defendants
8 |
                  UNITED STATES DISTRICT COURT
9 |
                 NORTHERN DISTRICT OF CALIFORNIA
10 |
                        SAN JOSE DIVISION
11 |
12 | YIMING LI,                                          )   No. C 07-3936 PVT
                                                       )
13 |           Plaintiff,                    )
                                                       )
14 |           v.                            )
                                                       )   STIPULATION TO DISMISS
15 | PETER D. KEISLER,* Attorney General of             )   DEFENDANTS KEISLER AND
the United States; et al,                              )   MUELLER ; AND ORDER
16 |                                                    )
          Defendants.                   )
17 | _____)

18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 |
28 | Pursuant to Fed. R. Civ. P. 25(d)(1), Peter D. Keisler is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

STIPULATION
C 07-3936 PVT

1 | The parties hereby stipulate to dismiss Defendants Peter D. Keisler and Robert S. Mueller from the Complaint. Defendants Keisler and Mueller withdraw their motion to dismiss.

Dated: October 29, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/S/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: October 29, 2007

_____/s/_____
JUSTIN FOK
Attorney for Plaintiff

## ORDER

Pursuant to the stipulation of the parties, Defendants Keisler and Mueller are hereby DISMISSED from the Complaint. The November 13, 2007 hearing on Defendants Keisler and Mueller's Motion to Dismiss is hereby VACATED.  IT IS SO ORDERED.

Dated:    October 30, 2007

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
C 07-3936 PVT                                    2