Justin Fok, Esq., CSB#242272
Law Offices of Jean D. Chen
2107 N. 1st Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile: (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Yiming Li

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **Yiming Li**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**Peter D. Keisler,**[1] Acting United States Attorney General, U.S. Department of Justice;<br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services;<br>**Robert S. Mueller III**, Director of the Federal Bureau of Investigation,<br><br>　　　　Defendants. | Case No. C 07-3936 PVT<br><br>**STIPULATION TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

　　　　Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to approval of the Court, to appear telephonically for the Case Management Conference for the above captioned case on November 13, 2007 at 2:00 PM.

---

[1] Peter D. Keisler is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

Case No. C 07-3936 PVT　　　　　　　　　　　1
STIPULATION TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT
CONFERENCE; AND [PROPOSED] ORDER

Respectfully Submitted,

Dated: October 30, 2007 _____/s/_____
Justin G. Fok
Law Offices of Jean D. Chen
Attorney for Plaintiff

Dated: October 30, 2007 _____/s/_____
Melanie L. Proctor
Assistant United States Attorney
Attorney for Defendants

**ORDER**

Pursuant to stipulation of the parties, both parties are hereby ordered to appear telephonically for the Case Management Conference for the above captioned case on November 13, 2007 at 2:00 PM. IT IS SO ORDERED.

Dated: _____ _____
PATRICIA V. TRUMBULL
United States Magistrate Judge

Case No. C 07-3936 PVT                                     2
STIPULATION TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT
CONFERENCE; AND [PROPOSED] ORDER