1  Justin Fok, Esq., CSB#242272
   Law Offices of Jean D. Chen
2  2107 N. 1ˢᵗ Street, Suite 400
3  San Jose, CA 95131
   Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5

6  Attorney for Plaintiff
   Yiming Li
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11
   **Yiming Li**                              ) Case No. C 07-3936 PVT
12                                             )
            Plaintiff,                         )
13                                             )
        v.                                     )
14                                             )  **STIPULATION TO APPEAR**
   **Peter D. Keisler**,[1] Acting United States ) **TELEPHONICALLY FOR CASE**
15 Attorney General, U.S. Department of Justice;) **MANAGEMENT CONFERENCE; AND**
   **Michael Chertoff**, Secretary of the      ) [~~PROPOSED~~] **ORDER**
16 Department of Homeland Security;            )
17 **Emilio T. Gonzalez**, Director of United States )
   Citizenship and Immigration Services;       )
18 **Robert S. Mueller III**, Director of the Federal )
   Bureau of Investigation,                    )
19                                             )
20          Defendants.                        )
                                               )
21                                             )
22 _____)

23       Plaintiff, by and through his attorney of record, and Defendants, by and through their

24 attorney of record, hereby stipulate, subject to approval of the Court, to appear telephonically for

25 the Case Management Conference for the above captioned case on November 13, 2007 at 2:00

26 PM.

27  _____

28
   [1] Peter D. Keisler is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.
   Case No. C 07-3936 PVT                         1
   STIPULATION TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT
   CONFERENCE; AND [PROPOSED] ORDER

Respectfully Submitted,

Dated: October 30, 2007

/s/
Justin G. Fok
Law Offices of Jean D. Chen
Attorney for Plaintiff

Dated: October 30, 2007

/s/
Melanie L. Proctor
Assistant United States Attorney
Attorney for Defendants

## ORDER

Pursuant to stipulation of the parties, both parties are hereby ordered to appear telephonically for the Case Management Conference for the above captioned case on November 13, 2007 at 2:00 PM. IT IS SO ORDERED.

Dated: 11/1/07

PATRICIA V. TRUMBULL
United States Magistrate Judge

Case No. C 07-3936 PVT          2
STIPULATION TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT
CONFERENCE; AND [PROPOSED] ORDER