UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 11/13/07

Court Reporter: FTR    Clerk: C. Lew

Case No: C 07-3936 PVT    Case Title: Yiming Li vs. Keisler, et al.,

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Justin Fok (by telephone) | Melanie Proctor (by telephone) |

PROCEEDINGS

Pretrial Conferences:    [ ] Initial    [ ] Status    [ ] Discovery
                         [ ] Settlement    [ ] Final
                         [ ] Other    **[X] Case Management Conference**

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

**DISPOSITION**

[ ] Granted    [ ] Submitted    [ ] Settled

[ ] Denied    [ ] Briefs to be filed    [ ] Not Settled

[ ] Granted in part, denied in part    [ ] Off Calendar

[X] Cross Motions 12/11/07; Opposition 12/29/07; submit on paper hearing not to be held.

**ORDER TO BE PREPARED BY**

[ ] Plaintiff    [ ] Defendant    [X] Court    [ ] Court w/opinion