Justin Fok, Esq., CA Bar #242272
Law Offices of Jean D. Chen
2107 N. 1st Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Yiming Li

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **Yiming Li**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services;<br><br>　　　　Defendants. | Case No. C 07-3936 PVT<br><br>**STIPULATION TO RESECHDULE PARTIES' DUE DATE FOR OPPOSITION MOTIONS; AND [PROPOSED] ORDER** |

　　　Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to approval of the Court, to reschedule the due dates for their opposition motions, currently scheduled for December 25, 2007.  The parties respectfully request a new due date of December 29, 2007, for their opposition motions.

///

///

///

Case No. C 07-3936 PVT                              1
STIPULATION TO RESECHDULE PARTIES OPPSITION MOTIONS DATE; AND [PROPOSED] ORDER

Respectfully Submitted,

Dated: November 13, 2007            _____/s/_____
Justin G. Fok
Law Offices of Jean D. Chen
Attorney for Plaintiff

Dated: November 13, 2007            _____/s/_____
Melanie L. Proctor
Assistant United States Attorney
Attorney for Defendants

**ORDER**

Pursuant to stipulation, the due date for the parties' opposition motions is hereby rescheduled on December 29, 2007.

IT IS SO ORDERED.

Dated: _____            _____
PATRICIA V. TRUMBULL
United States Magistrate Judge

Case No. C 07-3936 PVT        2
STIPULATION TO RESECHDULE PARTIES OPPSITION MOTIONS DATE; AND [PROPOSED] ORDER