UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| YIMING LI, | ) | Case No.: C 07-3936 PVT |
| | ) | |
| Plaintiff, | ) | **CASE MANAGEMENT CONFERENCE ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| PETER D. KEISLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On November 13, 2007, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the parties shall file their cross-motions for summary judgment no later than December 11, 2007. The parties shall file their opposition papers no later than December 31, 2007.[1] Pursuant to the parties' request, the motions will be taken under submission without oral argument.

IT IS FURTHER ORDERED that the Case Management Conference is continued to February 19, 2007.

Dated: *11/14/07*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] At the Case Management Conference the parties initially requested the deadline for opposition papers be scheduled for December 25, 2007. When the court reminded the parties that 25th is a holiday, the parties and the court scheduled the deadline for December 29, 2007. However, it has come to the court's attention that the 29th is a Saturday. Thus, the court has rescheduled this deadline for the following Monday.