Justin Fok, Esq., CA Bar #242272
Law Offices of Jean D. Chen
2107 N. 1st Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Yiming Li

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **Yiming Li**, | Case No. C 07-3936 PVT |
| Plaintiff, | **PLAINTIFF'S PROPOSED ORDER FOR CROSS-MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **Michael Chertoff**, Secretary of the Department of Homeland Security, **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services, | Date:   Hearing Vacated by Court Order<br>Judge: Hon. Patricia V. Trumbull |
| Defendants. | |

The Court finds that the Defendants have a clear, non-discretionary duty to adjudicate Plaintiff's I-485 within a reasonable time under both the Mandamus and Administrative Procedures Acts.  This Court further finds that nearly three years is an unreasonable length of time as a matter of law for the adjudication of an I-485, *Application to Register Permanent Residence or Adjust Status*.

///

Plaintiffs' Proposed Order for Summary Judgment
Case No. C 07-3936 PVT

1

1 | Accordingly, it is hereby ORDERED that:

2 |     1. Plaintiff's Motion for Summary Judgment is GRANTED.

3 |     2. Defendant's Motion for Summary Judgment is DENIED.

4 |     3. Defendants shall complete adjudication of Plaintiff's I-485 Applications within 60 days of this order.

6 |     4. The Court shall retain jurisdiction over this matter for a period of 120 days to ensure compliance with this order.

8 | This case is CLOSED.  IT IS SO ORDERED

12 | Dated: _____
Patricia V. Trumbull
United States Magistrate Judge

Plaintiffs' Proposed Order for Summary Judgment
Case No. C 07-3936 PVT