DECLARATION OF YIMING LI

YIMING LI, pursuant to 28 U.S.C. § 1746, declares the following:

1. I am a citizen of the People's Republic of China and have been assigned the alien registration number A098 449 657.
2. I submitted my I-485 *Application to Register Permanent Residence or Adjust Status* with the USCIS on February 2, 2005. (ATTACHMENT A)
3. I have been working for PDF Solutions, Inc., a leading provider of Process-Design Integration technologies for integrated circuits, since July of 2002.
4. PDF Solutions Inc. is the Petitioner of my I-140 application (WAC-05-086-52368) and is thus the sponsor of my green card application. (ATTACHMENT B)
5. In 2005, Texas Instruments hired PDF Solutions, Inc. for a major project. Due to the sensitive technology involved with the project, workers are required to be either a citizen or a legal permanent resident of the U.S. I was unable to work on this project due solely to my immigration status.
6. From 2005 to the present date, IBM and PDF Solutions entered into a contract for three separate projects. Due to the sensitive technology involved in these projects, workers are required to be either citizens or permanent residents of the U.S. Again, I am unable to work on these projects due solely to my immigration status.
7. The delay in the processing of my I-485 application severely limits my ability to contribute to my employer and detracts from my value as a worker for PDF Solutions, Inc. On four separate occasions, managers at my company have asked me when I shall receive my green card because of these problems associated with not having one.

8. In order to continue to work legally and travel outside of the United States, I must apply for what is known as an Employment Authorization Document (EAD) and Advanced Parole (AP) each year while my I-485 is pending.

9. Applying for EAD and AP each year, places a significant monetary burden on myself and my family. Since February of 2005, I have spent over $1,520 on the filing fees for my EAD and AP applications. (ATTACHMENT C)

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Jose, California
On this 10th day of December, 2007.

Yiming Li

# ATTACHMENT A

Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-797C, Notice of Action

THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE |
|---|---|---|
| WAC-05-086-52197 | | I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| RECEIVED DATE | PRIORITY DATE | APPLICANT |
| February 2, 2005 | | A98 449 656 LI, YIMING |
| NOTICE DATE | PAGE | |
| February 4, 2005 | 1 of 1 | |

C SHUSTERMAN
LAW OFFICES OF CARL SHUSTERMAN
RE: YIMING LI
624 S GRAND AVE 1608
LOS ANGELES CA 90017

**Notice Type:** Receipt Notice

Amount received: $ 385.00

Section: Other basis for adjustment

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at **uscis.gov**.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** **<http://www.state.gov/travel>** to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone:** (800) 375-5283



# ATTACHMENT B

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I140 |
|---|---|---|
| WAC-05-086-52368 | | IMMIGRANT PETITION FOR ALIEN WORKER |
| RECEIPT DATE<br>February 4, 2005 | PRIORITY DATE<br>April 16, 2002 | PETITIONER<br>PDF SOLUTIONS INC |
| NOTICE DATE<br>January 12, 2006 | PAGE<br>1 of 1 | BENEFICIARY A98 449 656<br>LI, YIMING |

ELAHE NAJFABADI ATTY AT LAW
LAW OFFICES OF CARL SHUSTERMAN
RE: PDF SOLUTIONS INC
624 S GRAND AVE STE 1608
LOS ANGELES CA 90017

**Notice Type:** Approval Notice
Section: Mem of Profession w/Adv Deg,or of Exceptn'l Ability Sec.203(b)(2)

The above petition has been approved. The approved petition will be stored in this office. If the person for whom you are petitioning is or becomes eligible to apply for adjustment of status, he or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based upon this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone:** (800) 375-5283



# ATTACHMENT C



# I-131 Form: Application for Travel Document

## Confirmation Receipt

| | | |
|---|---|---|
| **USCIS Receipt Number:** | | WAC0880000984 |
| ASC Fingerprint Code: | | |
| Date of Submission | | 10/24/2007 |
| First Name | | Fang |
| Middle Name | | - |
| Family Name | | LIN |
| Organization Name | | |
| Filing Fee | $ | 305.00 |
| Finger Print Fee | $ | 0.00 |
| Total Amount Paid | $ | 305.00 |
| Paid by: | | Visa |

Thank you for filing your USCIS benefit application electronically. Your application will be electronically transmitted to the USCIS location at the address below for processing. You will receive an official Receipt Notice (Form I-797) within 7-10 days by standard mail with the same Receipt Number found at the top of this page.

**Next Steps:**

❑ Send supporting documentation to the address below if required.

- For information on required supporting documentation for this application, see the USCIS Form Instructions links listed at the following Internet address: http://www.uscis.gov
- **DO** attach one copy of this Confirmation Receipt as a cover page for the supporting documentation that you are submitting.
- **DO** keep the extra copy of the Confirmation Receipt and the copy of the application for your records.
- **DO NOT** send a copy of your e-filed application with your supporting documentation.
- **DO NOT** include any applications or fees with your supporting documentation for this e-filed application.

Please mail in any supporting documentation to this address

**U.S. Mail:**

**USCIS California Service Center**

**Attn: E-Filed I-131**

**P.O. Box 30111-30115**

**Laguna Niguel, CA 92607-0111**

**For assistance or questions regarding your application, you may call our National Customer Service Center at 1-800-375-5283 [TTY 1-800-767-1833]. For the status of your application, you can access the USCIS web site at** http://www.uscis.gov.

This receipt notice provides notification of the date that your application/petition was received by USCIS. This receipt notice does NOT grant any immigration status or benefit. You may not present this receipt notice as evidence that you have been granted any immigration status or benefit. In addition, this receipt notice does not constitute evidence that your application remains pending with USCIS (i.e., that a decision to grant or deny your application/petition has not yet been made). The current status of your application/petition must be verified with USCIS



Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-797C, Notice of Action

THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I765 |
|---|---|---|
| LIN-08-800-02990 | | APPLICATION FOR EMPLOYMENT AUTHORIZATION |
| RECEIVED DATE | PRIORITY DATE | APPLICANT A098 449 657 |
| November 9, 2007 | | LIN, FANG |
| NOTICE DATE | PAGE | |
| November 10, 2007 | 1 of 1 | |

ELAHE NAJFABADI
LAW OFFICES OF CARL SHUSTERMAN
600 WILSHIRE BLVD, SUITE 1550
LOS ANGELES CA 90017

Notice Type: Receipt Notice

Amount received: $ 340.00

Class requested: C09

**Receipt Notice** [illegible] "this case") as shown above. **If any of the above information is incorrect, please immediately call 800-375-5283 to let us know.** This will help avoid [illegible]

This notice does not grant any [illegible] even evidence that this case is still pending. It only shows that the [illegible] was filed on the date shown.

**Processing time** Processing times vary by kind of case. [illegible] website at www.uscis.gov for our current "processing times" for this kind of case at [illegible] which this case is or becomes assigned. On our website's "case status online" [illegible] receive free e-mail updates as we complete key processing steps [illegible] pending. However, our systems will show only that the case has been [illegible] because we will be working on other cases that were filed earlier than this one. [illegible] show in our systems, when we make a [illegible] an initial decision or update from us within our current processing time [illegible] Please save this notice, and any other [illegible] papers you send us by any means, along with any proof of delivery [illegible] if you contact us about this case.

**If this case is an I-130 Petition** [illegible] Petition for Alien Relative, is only the first step in helping a relative [illegible] The beneficiaries of a petition must wait until a visa number is available before [illegible] immigrant visa or adjustment of status to lawful permanent residence. [illegible] may wait to process forms I-130 until closer to the time when a visa number will become available, which may [illegible] after the petition was filed. Nevertheless, USCIS processes forms I-130 in time not to delay [illegible] toward permanent residence once a visa number does become available. If, before [illegible] withdraw your petition, your family relationship with the [illegible] call 800-375-5283.

**Applications requiring biometrics** [illegible] requires biometrics. In such cases, USCIS will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must WAIT for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are: a passport or national photo [illegible] driver's license, a military photo identification, or a state-issued photo [illegible] ASC appointment notice, even for different cases, take them both to the [illegible] appointment.

**If your address changes** If your mailing address [illegible] pending, call 800-375-5283 or use the [illegible] Change of Address [illegible] receive notice of our action on this case.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

NEBRASKA SERVICE CENTER
U. S. CITIZENSHIP & IMMIG SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE |
|---|---|---|
| WAC-07-039-53697 | | I765 APPLICATION FOR EMPLOYMENT AUTHORIZATION |
| RECEIVED DATE | PRIORITY DATE | APPLICANT |
| November 27, 2006 | | A098 449 657 LIN, FANG |
| NOTICE DATE | PAGE | |
| November 30, 2006 | 1 of 1 | |

E NAJFABADI
LAW OFFICES OF CARL SHUSTERMAN
RE: FANG LIN
600 WILSHIRE BLVD STE 1550
LOS ANGELES CA 90017

Notice Type: Receipt Notice

Amount received: $ 180.00

Class requested: C09

**Receipt notice** If any of the above information is incorrect, call customer service immediately.

**Processing time** Processing times vary by kind of case. You can check our current processing time for this kind of case on our website at **www.uscis.gov**. On our website you can also sign up to get free e-mail status updates as we complete key processing steps on this case. Most of the time your case is pending the processing status will not change because we will be working on others filed earlier. We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move. Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update. If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application** USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-

Please bring your biometrics appointment letter with specific time, date and place where you will have your fingerprints and/or photo taken. AND your photo identification to your biometrics appointment. Acceptable kinds of photo identification are a passport or national photo identification issued by your country, a drivers license, a military photo identification, or a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

**This receipt notice provides notification of the date that your application/petition was received by USCIS. This receipt notice does NOT grant any immigration status or benefit. You may not present this receipt notice as evidence that you have been granted any immigration status or benefit. In addition, this receipt notice does not constitute evidence that your application remains pending with USCIS i.e., that a decision to grant or deny your application/petition has not yet been made. The current status of your application/petition must be verified with USCIS.**

Please see the additional information on the back. You will be notified separately about any other cases you filed.

U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I131 |
|---|---|---|
| WAC-07-039-53786 | | APPLICATION FOR INS TRAVEL DOCUMENT |
| RECEIVED DATE November 27, 2006 | PRIORITY DATE | APPLICANT A098 449 657 LIN, FANG |
| NOTICE DATE November 30, 2006 | PAGE 1 of 1 | |

E NAJFABADI
LAW OFFICES OF CARL SHUSTERMAN
RE: FANG LIN
600 WILSHIRE BLVD STE 1550
LOS ANGELES CA 90017

Notice Type: Receipt Notice

Amount received: $ 170.00

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case. You can check our current processing time for this kind of case on our website at **www.uscis.gov**. On our website you can also sign up to get free e-mail status updates as we complete key processing steps on this case. Most of the time your case is pending the processing status will not change because we will be working on others filed earlier. We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move. Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update. If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application** - USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-**
Please bring your biometrics appointment letter with specific time, date and place where you will have your fingerprints and/or photo taken AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are: a passport or national photo identification issued by your country, a drivers license, a military photo identification, or a state-issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

**This receipt notice provides notification of the date that your application/petition was received by USCIS. This receipt notice does NOT grant any immigration status or benefit. You may not present this receipt notice as evidence that you have been granted any immigration status or benefit. In addition, this receipt notice does not constitute evidence that your application remains pending with USCIS i.e., that a decision to grant or deny your application/petition has not yet been made. The current status of your application/petition must be verified with USCIS.**

Please see the additional information on the back. You will be notified separately about any other cases you filed.

U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone:** (800) 375-5283



Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-797C, Notice of Action

THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE |
|---|---|---|
| WAC-05-086-52155 | | I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| RECEIVED DATE | PRIORITY DATE | APPLICANT |
| February 2, 2005 | | A98 449 657 LIN, FANG |
| NOTICE DATE | PAGE | |
| February 4, 2005 | 1 of 1 | |

ELAHE NAJFABADI ATTY AT LAW
LAW OFFICES OF CARL SHUSTERMAN
RE: FANG LIN
624 S GRAND AVE STE 1608
LOS ANGELES CA 90017

**Notice Type:** Receipt Notice

Amount received: $ 385.00

Section: Other basis for adjustment

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at **uscis.gov**.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel <http://www.state.gov/travel>** to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone:** (800) 375-5283



Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-797C, Notice of Action

THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I765 |
|---|---|---|
| WAC-05-086-52290 | | APPLICATION FOR EMPLOYMENT AUTHORIZATION |
| RECEIVED DATE<br>February 2, 2005 | PRIORITY DATE | APPLICANT A98 449 657<br>LIN, FANG |
| NOTICE DATE<br>February 4, 2005 | PAGE<br>1 of 1 | |

ELAHE NAJFABADI ATTY AT LAW
LAW OFFICES OF CARL SHUSTERMAN
RE: FANG LIN
624 S GRAND AVE STE 1608
LOS ANGELES CA 90017

**Notice Type:** Receipt Notice

Amount received: $ 175.00
Representative's Copy
Class requested: C09

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at **uscis.gov**.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** **<http://www.state.gov/travel>** to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone:** (800) 375-5283



Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-797C, Notice of Action

THE UNITED STATES OF AMERICA

| RECEIPT NUMBER WAC-05-086-52230 | | CASE TYPE I131 APPLICATION FOR INS TRAVEL DOCUMENT |
|---|---|---|
| RECEIVED DATE February 2, 2005 | PRIORITY DATE | APPLICANT A98 449 657 LIN, FANG |
| NOTICE DATE February 4, 2005 | PAGE 1 of 1 | |

ELAHE NAJFABADI ATTY AT LAW
LAW OFFICES OF CARL SHUSTERMAN
RE: FANG LIN
624 S GRAND AVE STE 1608
LOS ANGELES CA 90017

**Notice Type:** Receipt Notice

Amount received: $ 165.00

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at **uscis.gov**.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** **<http://www.state.gov/travel>** to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1 800 375 5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone:** (800) 375-5283

