Justin Fok, Esq., CA Bar: 242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Yiming Li

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **Yiming Li**<br><br>            Plaintiff,<br><br>     v.<br><br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services;<br><br>            Defendants. | Case No. C 07-3936 PVT<br><br>**PARTIES' JOINT NOTICE OF USCIS POLICY CHANGE REGARDING I-485 APPLICATIONS** |

On July 31, 2007, Plaintiff filed this action seeking mandamus relief and declaratory judgment under 28 U.S.C. § 1361, asking this Court to compel adjudication of his pending I-485 application.  On December 11, 2007, the parties filed their cross-motions for summary judgment; final opposition motions were filed on December 31, 2007.  The hearing for this motion was vacated by Court order and the parties are now waiting for the Court's ruling on the motions.

Because of the potential impact on this case, the parties wish to inform the Court of the

Case No. C 07-3936 PVT                              1
Parties' Joint Notice of USCIS Policy Change

following facts:

1. On February 4, 2008, Michael Aytes, Associate Director of Domestic Operations for the USCIS, issued an Interoffice Memorandum ("Aytes Memorandum") that established revised guidance on how the USCIS should process I-485 applications that are waiting for FBI name check clearance.
2. This revised guidance dictates that if an I-485 application is otherwise approvable, and the FBI name check has been pending for more than 180 days, the USCIS shall grant approval for that application.
3. At this time, the USCIS is in the process of determining whether Plaintiff's I-485 application falls within the category contemplated by the Aytes memorandum.
4. The plaintiff still wishes to pursue this action, but should the USCIS decide upon Plaintiff's I-485 application, the parties shall immediately file a stipulated dismissal.

                              Respectfully Submitted,

Dated: February 22, 2008                           /s/
                                          Justin G. Fok[1]
                                          Law Offices of Jean D. Chen
                                          Attorney for Plaintiff

Dated: February 22, 2008                           /s/
                                          Melanie L. Proctor
                                          Assistant United States Attorney
                                          Attorney for Defendants

---

[1] I, Justin Fok, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Case No. C 07-3936 PVT                       2
Parties' Joint Notice of USCIS Policy Change