1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11

12 YIMING LI,                          )   No. C 07-3936 PVT
                                       )
13              Plaintiff,             )
                                       )
14         v.                          )
                                       )   STIPULATION TO DISMISS PURSUANT
15 MICHAEL CHERTOFF, Secretary of the  )   TO FED. R. CIV. P. 41(a)
   Department of Homeland Security; EMILIO )
16 T. GONZALEZ, Director of the U.S.   )
   Citizenship and Immigration Services, )
17                                     )
                Defendants.            )
18 _____ )

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION
C 07-3936 PVT

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has adjudicated Plaintiff's application for adjustment of status.

Dated: March 24, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: March 21, 2008

_____/s/_____
JUSTIN FOK
Attorney for Plaintiff

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
C 07-3936 PVT                                   2